**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Andre Small v. The State of Texas

Appellate case number: 01-22-00425-CR

Trial court case number: 1575633

Trial court: 338th District Court of Harris County

On November 30, 2022, appellant Andrew Small filed a Motion to Extend Time to File Brief, asking the Court to extend his deadline from November 30, 2022 until December 5, 2022. It is Appellant's fourth request for an extension of his briefing deadline.

The motion is **granted.** Appellant's brief is due December 5, 2022.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
       Acting individually

Date: December 6, 2022